UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80114-Cr-Altman

UNITED STATES OF AMERICA,

v.

XAVIOUS BISHOP MCCRAY,

      Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, XAVIOUS BISHOP MCCRAY, appeared before the Court on February 3, 2023, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally charged with distribution of cocaine, in violation of Title 21 U.S.C. § 841(a)(1), possession with intent to distribute heroin, in violation of Title 21 U.S.C. § 841(a)(1), carrying a firearm/possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18 U.S.C. § 924(c)(1)(A)(1) and possession of a firearm and ammunition by a convicted felon, in violation of Title 18 U.S.C. § 922(g)(1). Following this conviction, he was sentenced to seventy-eight months (78) months in prison and five (5) years of supervised release.

The Defendant began his term of supervised release on January 25, 2022. He presently stands charged with violating his supervised release by: (1) failing to refrain from violation of the law (2) failing to refrain from violation of the law and (3) failing to refrain from violation of the law.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations 1 and 3, through counsel, stated his wish to proceed to sentencing. The United States Attorney, with the concurrence of the Probation Officer, moved to dismiss violation 2.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1 and 3.  The Court further RECOMMENDS that this matter be set down for sentencing as soon as possible.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Roy K. Altman, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 6th day of February.

*[signature]*
BRUCE E. REINHART
U.S. MAGISTRATE JUDGE